UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br>              Debtors. | CHAPTER 7<br>CASE NO. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI L. MAYNARD,<br>              Plaintiff,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br>              Defendant. | A.P. No. 16-01060<br><br><br>Hearing Date: November 16, 2016<br>Hearing Time: 1:30 p.m. |

## CHAPTER 7 TRUSTEE'S MOTION FOR DEFAULT JUDGMENT

Michael S. Askenaizer, the Chapter 7 Trustee of the estate of the above captioned debtors' bankruptcy estate (the "Plaintiff"), requests that a Default Judgment be issued against the defendant Freedom Mortgage Corporation (the "Defendant"). The undersigned states upon personal knowledge and information the following:

1. In accordance with the Default entered on October 14, 2016, the Plaintiff seeks an Order of the Court ordering that: (i) pursuant to 11 U.S.C. § 544(a), the Plaintiff has avoided the mortgage of the Defendant on the real property known as 29 Melody Lane, Hillsborough, New Hampshire ("Mortgage") and (ii) pursuant to 11 U.S.C. § 551, the Plaintiff has preserved the avoided Mortgage for the benefit of the bankruptcy estate.

2. Upon information and belief, the Defendant is not an infant or incompetent person.

3. Upon information and belief, the Defendant is not in the military service of the United States or its Allies, defined in the Soldiers' and Sailors' Act of 1940, as amended.

Subscribed this 18th day of October, 2016 under the penalties of perjury.

    Respectfully submitted,
    MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE.
    By his attorneys,

    /s/ Olga L. Gordon BNH #06338
    Olga L. Gordon, Esq.
    Murtha Cullina LLP
    99 High Street
    Boston, Massachusetts 02110
    617-457-4000 Telephone
    617-482-3868 Facsimile
    ogordon@murthalaw.com

7490699v1