UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br><br>             Debtors. | CHAPTER 7<br>CASE NO. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI L. MAYNARD,<br><br>             Plaintiff,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>             Defendant. | A.P. No. 16-01060 |

## JUDGMENT

Upon consideration of the Chapter 7 Trustee's ("Plaintiff's") Motion For Default Judgment (the "Motion"), after due deliberation and good cause appearing therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED, ADJUDGED, and DECLARED, that, pursuant to 11 U.S.C. § 544(a), the Plaintiff has avoided the mortgage of Freedom Mortgage Corporation ("Defendant") on the real property known as 29 Melody Lane, Hillsborough, New Hampshire ("Mortgage") and pursuant to 11 U.S.C. § 551, the Plaintiff has preserved the avoided Mortgage for the benefit of the bankruptcy estate.

ENTERED in Manchester, New Hampshire.

Dated: _____  _____
                                                                 HONORABLE BRUCE A. HARWOOD
                                                                 United States Bankruptcy Court

7490586v1