UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br>　　　　　Debtors. | CHAPTER 7<br>CASE NO. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI L. MAYNARD,<br><br>　　　　　Plaintiff,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | A.P. No. 16-01060 |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S
<u>MOTION FOR DEFAULT JUDGMENT</u>**

　　　　Upon consideration of the Chapter 7 Trustee's Motion For Default Judgment (the "Motion"), it is hereby

　　　　ORDERED, that the Motion is granted.


Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE BRUCE A. HARWOOD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

7490659v1