UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br>        Debtors. | CHAPTER 7<br>CASE NO. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI L. MAYNARD,<br><br>        Plaintiff,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | A.P. No. 16-01060<br><br><br>Hearing Date:  November 16, 2016<br>Hearing Time: 1:30 p.m. |

### NOTICE OF HEARING RELATING TO
### CHAPTER 7 TRUSTEE'S MOTION FOR DEFAULT JUDGMENT

Notice is hereby given that a hearing on the *Chapter 7 Trustee's Motion for Default Judgment* has been scheduled for **November 16, 2016 at 1:30 p.m.** before the Honorable Bruce A. Harwood, at the United States Bankruptcy Court, Courtroom 1, 1000 Elm Street, 11th Floor, Manchester, New Hampshire.   The deadline for filing responses is **November 9, 2016**.

Respectfully submitted,

MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE,
By his attorneys,

/s/ Olga L. Gordon BNH #06338
Olga L. Gordon, Esq.
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110
617-457-4000 Telephone
617-482-3868 Facsimile
ogordon@murthalaw.com

Dated: October 18, 2016

7490679v1