UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br><br>        Debtors. | CHAPTER 7<br><br>CASE No. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI MAYNARD,<br><br>        Plaintiff,<br>v.<br>FREEDOM MORTGAGE CORPORATION<br><br>        Defendant. | A.P. No. 16-01060 |

## CERTIFICATE OF SERVICE

I, Olga L. Gordon, hereby certify that on the 18th day of October, 2016, I served a copy of the *Chapter 7 Trustee's Motion for Default Judgment, [Proposed] Judgment, [Proposed] Order Granting Chapter 7 Trustee's Motion for Default Judgment*, and *Notice of Hearing Relating to Chapter 7 Trustee's Motion for Default Judgment*, by first-class mail, postage prepaid or as otherwise indicated by the Court's ECF system, upon the parties listed on the attached service list.

                                          /s/ Olga L. Gordon
                                          Olga L. Gordon, Esq.

| | | |
|---|---|---|
| Geraldine Karonis, AUST* <br> Office of the U.S. Trustee <br> 1000 Elm Street, Suite 605 <br> Manchester, NH 03101-1703 | Stanley Middleman, CEO <br> Freedom Mortgage Corporation <br> 907 Pleasant Valley Avenue, Suite 3 <br> Mt Laurel, NJ 08054 | President <br> Freedom Mortgage Corporation <br> 10500 Kincaid Drive, Suite 300 <br> Fishers, Indiana 46037 |
| Michael S. Askenaizer, Chapter 7 Trustee* <br> 29 Factory Street <br> Nashua, NH 03060 | Gary E. Maynard <br> 11 Old County Road <br> Plaistow, NH 03865-2224 | Sherri Maynard <br> 29 Melody Lane <br> Hillsborough, NH 03244-4430 |
| Dawn DiManna, Esq.* <br> 59 Deer Run <br> Fremont, NH 03044 | | |

***via Court's ECF system or electronic mail**

7490652v1