UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>GARY E. MAYNARD AND SHERRI MAYNARD,<br>    Debtors. | CHAPTER 7<br>CASE NO. 16-10431-BAH |
| MICHAEL S. ASKENAIZER, CHAPTER 7 TRUSTEE OF GARY E. MAYNARD AND SHERRI L. MAYNARD,<br><br>    Plaintiff,<br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>    Defendant. | A.P. No. 16-1060 -BAH |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

  Upon consideration of the Motion for an Order Admitting Anthony R. Leone, Esq. *Pro Hac Vice*, pursuant to NHLBR 2090-1 and District Court Rule 83.2(b), to admit Anthony R. Leone ("Attorney Leone") *pro hac vice* before the United States Bankruptcy Court for the District of New Hampshire to represent the Chapter 7 Trustee in the above-captioned bankruptcy case, after due deliberation and good cause appearing therefore, it is hereby

  ORDERED, that the Motion is granted; and it is further

  ORDERED, that Attorney Leone is admitted to practice *pro hac vice* to represent the Chapter 7 Trustee in this bankruptcy case and any related adversary proceeding.

  ENTERED in Manchester, New Hampshire.

| | |
|---|---|
| November 14, 2016 | /s/ Bruce A. Harwood<br>The Honorable Bruce A. Harwood<br>United States Bankruptcy Judge |

7562353v1